IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUNDRELLA CONERLY,

           Plaintiff,      CIV. S-02-1710-DFL-PAN(JFM)-PS

    v.

LES BROWNLEE, Acting Secretary        ORDER
of the Army, et al.,

           Defendants.
_____/

       This matter was referred the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On April 7, 2006, Judge Moulds recommended that plaintiff's action be dismissed.  No objections to the findings and recommendation have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed April 7, 2006, are adopted in full; and

    2.  This action is dismissed with prejudice.

DATED: 6/15/2006

/s/ David F. Levi

DAVID F. LEVI
United States District Judge